IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARS L. GORE,

        Plaintiff,

v.                                                4:96cv149-WS

HARRY K. SINGLETARY, JR.,
et al.,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 10) docketed September 21, 2005. The magistrate judge recommends that the plaintiff's motion for relief from judgment be denied. The plaintiff has filed no objections to the report and recommendation.

The court having reviewed the record, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 10) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's motion for relief from judgment (doc. 9) is DENIED.

DONE AND ORDERED this October 17, 2005.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE